UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEON BROWN,

    Plaintiff,

v.

CITY OF HASTINGS, et al.,

    Defendants.

_____/

Case No. 1:17-cv-331

HON. JANET T. NEFF

## ORDER

The Court conducted a Status Conference with counsel on February 9, 2018. Consistent with the discussion on the record,

**IT IS HEREBY ORDERED** that the parties' Stipulated Order Granting Leave for Plaintiff to File a Second Amended Complaint (ECF No. 25) is GRANTED, and Plaintiff shall, within 7 days of entry of this Order, file a Second Amended Complaint.

**IT IS FURTHER ORDERED** that Defendants may, within 21 days of the filing of the Second Amended Complaint, file a Pre-Motion Conference Request and proposed briefing schedule. Plaintiff's response to any Pre-Motion Conference Request shall be due within 7 days of the filing of the Pre-Motion Conference Request.

Dated: February 9, 2018

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge