UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CLEON BROWN,

    Plaintiff,                                    Case No. 1:17-cv-00331-JTN-ESC

v.                                                HON. JANET T. NEFF

CITY OF HASTINGS, JEFF MANSFIELD,
JEFF PRATT, DALE BOULTER,
KRIS MILLER, JOSH SENSIBA and
FRANK CAMPBELL,

    Defendants.
_____

## ORDER AMENDING BRIEFING SCHEDULE

Based upon the Stipulation filed by the parties the previously entered Briefing Schedule is amended as follows:

Defendants shall serve on plaintiff (through counsel) a hard copy of the Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) and Brief in Support on or before **April 23, 2018** extending the original date by fourteen days, and shall file a Proof of Service with the Court when the papers are served.

The remaining provisions of the Briefing Schedule shall remain in place.


Date:                                                             _____
                                                                     Hon. Janet T. Neff
                                                                     United States District Court Judge

Open.00560.71161.20138137-1