UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEON BROWN,

    Plaintiff,

v.

CITY OF HASTINGS, et al.,

    Defendants.
_____/

Case No. 1:17-cv-331

HON. JANET T. NEFF

## ORDER

Pending before the Court is Defendants' Unopposed Motion to Exceed Page Limitation (ECF No. 45). The Court, having reviewed the motion, finds that the motion fails to comply with W.D. Mich. LCivR 5.7(f), which requires the proposed document to be attached as an exhibit to the motion seeking leave to file. For this reason, the motion is denied without prejudice to refile. Accordingly:

**IT IS HEREBY ORDERED** that the Unopposed Motion to Exceed Page Limitation (ECF No. 45) is DENIED without prejudice.


Dated: April 23, 2018                                                  /s/ Janet T. Neff
                                                                                  JANET T. NEFF
                                                                                  United States District Judge