UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CLEON BROWN,

       Plaintiff,

v.

CITY OF HASTINGS,

       Defendant.

Case No.  1:17-cv-00331-JTN-ESC

HON. JANET T. NEFF

_____

| | |
|---|---|
| Karie H. Boylan  (P55468) | Michael S. Bogren (P34835) |
| Attorney for Plaintiff | Attorney for Defendant |
| BOYLAN LAW, P.C. | PLUNKETT COONEY |
| 410 W. University, Suite 201 | 950 Trade Centre Way, Suite 310 |
| Rochester, Michigan  48307 | Kalamazoo, Michigan   49002 |
| (855-926-9526) | (269-226-8822) |
| Fax:  855-326-9526 | mbogren@plunkettcooney.com |
| karie@boylanlaw.net | |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel

that the above-captioned matter be dismissed, with prejudice and without costs or attorney

fees to any party.


DATED:  August 14, 2018       BOYLAN LAW, P.C.


       BY    /s/Karie H. Boylan (with permission)
          Karie H. Boylan  (P55468)
          Attorney for Plaintiff

DATED: August 14, 2018          PLUNKETT COONEY


BY: /s/ Michael S. Bogren
        Michael S. Bogren (P34835)
        Attorney for Defendant


## ORDER

    At a session of said Court, held in the United States District Court for the Western District of Michigan, Southern Division, on this _____ day of August, 2018.

PRESENT:    HON. JANET T. NEFF, U.S. District Court Judge


This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice and without costs or attorney fees to any party.

This Order resolves all pending claims and closes the case.


_____
Hon. Janet T. Neff
U.S. District Court Judge


Open.00560.71161.20760499-1