UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CLEON BROWN,

    Plaintiff,  Case No.  1:17-cv-00331-JTN-ESC

v.  HON. JANET T. NEFF

CITY OF HASTINGS,

    Defendant.
_____

| | |
|---|---|
| Karie H. Boylan  (P55468) | Michael S. Bogren (P34835) |
| Attorney for Plaintiff | Attorney for Defendant |
| BOYLAN LAW, P.C. | PLUNKETT COONEY |
| 410 W. University, Suite 201 | 950 Trade Centre Way, Suite 310 |
| Rochester, Michigan  48307 | Kalamazoo, Michigan   49002 |
| (855-926-9526) | (269-226-8822) |
| Fax:  855-326-9526 | mbogren@plunkettcooney.com |
| karie@boylanlaw.net | |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel that the above-captioned matter be dismissed, with prejudice and without costs or attorney fees to any party.

DATED:  August 14, 2018       BOYLAN LAW, P.C.

    BY   /s/Karie H. Boylan (with permission)
       Karie H. Boylan  (P55468)
       Attorney for Plaintiff

DATED:  August 14, 2018                    PLUNKETT COONEY

                                           BY: /s/ Michael S. Bogren
                                                Michael S. Bogren (P34835)
                                                Attorney for Defendant

### ORDER

At a session of said Court, held in the United States District Court for the Western District of Michigan, Southern Division, on this  15th  day of August, 2018.

PRESENT:    HON. JANET T. NEFF, U.S. District Court Judge

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice and without costs or attorney fees to any party.

This Order resolves all pending claims and closes the case.

                                             /s/ Janet T. Neff
                                            Hon. Janet T. Neff
                                            U.S. District Court Judge

Open.00560.71161.20760499-1